**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-00256-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  JOSE CARLOS GARCIA-MONTERO,

    Defendant.

___

**ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO AMEND CONDITIONS OF RELEASE**

___

    This matter is before the Court on the Unopposed Motion to Modify Bond Conditions (Dkt. #130), which was referred to me by Judge Raymond P. Moore (Dkt. #131). Both the United States and Defendant have consented to having the motion decided by me as the current duty Magistrate Judge in the District of Colorado. Dkt. ## 133 & 134.

    Good cause having been shown, and in light of the fact that the United States indicates that it "Consents to releasing the defendant from his ankle monitor and curfew restrictions," (Dkt. #133 at ¶4), it is HEREBY ORDERED that Defendant's Motion is GRANTED.

    It is further ORDERED that the curfew and ankle monitor requirements in the Southern District of Florida's Home Confinement Plan for Mr. Garcia-Montero are removed.

    DATED this 24th day of March, 2020.

                                                        BY THE COURT

                                                        *N. Reid Neureiter*

                                                        N. Reid Neureiter
                                                        United States Magistrate Judge